AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

Lawrence Rizzuti

**JUDGMENT IN A CIVIL CASE**

V.

County of Suffolk, et. al

Case Number: 05cv546(ENV)

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict finding in favor of the defendant and against the plaintiff. It is ORDERED and ADJUDGED that Judgement is entered in favor of the defendant and against the plaintiff and the Complaint is hereby dismissed in its entirety.

8/1/2007                                        William Villanueva

Date                                             Clerk

                                                 /(By) Deputy Clerk